ERICK L. GUZMAN
Cal. Bar No. 244391
111 Santa Rosa Ave.
Ste 222
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LUIS AVALOS,<br><br>  Defendants. | CASE NO. 21-CR-0193-HSG<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING TO NOVEMBER 9, 2021 |

A status hearing regarding potential referral for ATIP is scheduled in the above-captioned matter for September 29, 2021. However, Pre-Trial Services has indicated it requires additional time to complete its ATIP screening analysis. Pre-trial services has requested a date in November; the Government has expressed agreement with a date in November.

Accordingly, the parties have agreed to continue the hearing to November 10, 2021 at 2:00 P.M., or as soon thereafter as the matter may be heard.

DATED: September 8, 2021                              /s/
                                                     ALEXIS JAMES
                                                     Assistant United States Attorney


DATED: September 8, 2021                              /s/
                                                     ERICK GUZMAN
                                                     Attorney for Luis Avalos

STIPULATION AND ORDER                          1

**ORDER**

Based on the above stipulation of the parties and for good cause shown, the hearing currently set for September 29, 2021, is continued until November 10, 2021, at 2:00 p.m.

**IT IS SO ORDERED** this 8th day of September, 2021.

DATED: 9/8/2021

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

STIPULATION AND ORDER                    2