ERICK L. GUZMAN
Cal. Bar No. 244391
115 Fourth St.
Ste D
Santa Rosa, California, 95401
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUIS AVALOS,<br><br>    Defendants. | CASE NO. 21-CR-0193-HSG<br><br>*AMENDED* STIPULATION AND ORDER CONTINUING SENTENCING TO AUGUST 17, 2022. |

The sentencing hearing for this case is currently scheduled for July 6, 2022. However, undersigned counsel has surgery scheduled for the end of June, and will not be able to proceed on July 3. The Government and the Probation Officer assigned to this case are available on August 17, 2022.

Accordingly, the parties have agreed to continue the hearing to August 17, 2022 at 2:00 P.M., or as soon thereafter as the matter may be heard.

DATED: June 6, 2022                      _____/s/_____
                                          ALEXIS JAMES
                                          Assistant United States Attorney

DATED: June 6, 2022                      _____/s/_____
                                          ERICK GUZMAN
                                          Attorney for Luis Avalos

STIPULATION AND ORDER                    1

1

2                                          **ORDER**

3          Based on the above stipulation of the parties and for good cause shown, the hearing currently set

4    for July 6, 2022, is continued until August 17, 2022, at 2:00 p.m.

5          **IT IS SO ORDERED** this 7th day of June, 2022.

6

7    DATED: 6/7/2022                         _Haywood S. Gill Jr._
                                             HON. HAYWOOD S. GILLIAM, Jr.
8                                            United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER                          2